# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 13, 2026

Lyle W. Cayce
Clerk

———————

No. 25-30313
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Ricardo Nieto-Ramirez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:24-CR-87-1

———————————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Ricardo Nieto-Ramirez appeals the 12-month, above-guidelines sentence imposed following his conviction for illegal reentry into the United States, a violation of 8 U.S.C. § 1326(a). During the pendency of this appeal,

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30313

Nieto-Ramirez has been released from prison.  Accordingly, the appeal of his sentence is DISMISSED as MOOT.